# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA WADE CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-00058-PRW-STE ) |
| OFFICER CRONISTER, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On July 29, 2019, United States Magistrate Judge Bernard Jones issued a Report and Recommendation (Dkt. 22) in this action in which Plaintiff has filed a Complaint for Violation of Civil Rights (Dkt. 1) alleging excessive force and denial of medical care by various state and federal law enforcement officials.

The Magistrate Judge ordered Plaintiff to show cause why the claims against the John Doe Defendants should not be dismissed as untimely (Dkts. 12, 13 & 17). Plaintiff has never responded. The Magistrate Judge recommends that the claims against the five John Doe Defendants be dismissed. Plaintiff was advised of his right to object to the Magistrate Judge's recommendation by August 19, 2019, but has not done so.

Having carefully reviewed this matter de novo, the Court agrees with the Magistrate Judge that the claims against the five John Doe Defendants should be dismissed as untimely. As the basis for this conclusion, the Court adopts the analysis contained in the Report and Recommendation (Dkt. 22).

1

Accordingly, the Court:

(1) **ADOPTS** the Report and Recommendation (Dkt. 22) issued by the Magistrate Judge on July 29, 2019;

(2) The adoption of this Report and Recommendation does not terminate the referral to the Magistrate Judge, therefore, this matter remains referred to United States Magistrate Judge Shon T. Erwin for further proceedings against the remaining Defendant.

**IT IS SO ORDERED this 17th day of March, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE